**FILED**

MAR – 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.

CHRISTINE FAVARA

CR. NO. 08-053-WBS

F.R.C.P. 20 CONSENT TO TRANSFER OF
CASE FOR GUILTY PLEA AND SENTENCE

**JUDGE AMY ST. EVE**
**MAGISTRATE JUDGE VALDEZ**

**08CR    279**

FILED
APR – 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, defendant __CHRISTINE FAVARA__, have been informed that an __INDICTMENT__ is pending against me in the above designated cause.

HEREBY, with the advice of counsel, I freely and voluntarily wish to plead guilty fully as charged in Counts __One and Two__ of the __INDICTMENT__, I wish to consent to disposition of the case in the __DISTRICT OF ILLINOIS (N.D. of Illinois)__ to which I am presently __REQUESTING TO BE TRANSFERRED IN CUSTODY FORTHWITH__, and I further wish to waive trial and sentencing in the above captioned __EASTERN DISTRICT OF CALIFORNIA__.

Dated: __2/29, 2008__ at __3:00 PM__

_Christine Favara_
CHRISTINE FAVARA, DEFENDANT

WITNESS (print full name, title, relationship, address)

_____
AND NED SMOCK, COUNSEL FOR DEFENDANT

Approved

McGregor W. Scott, U.S. Attorney
Michelle Rodriguez, Assistant U.S. Attorney
for the __EASTERN DISTRICT OF CALIFORNIA__

_Michelle Rodriguez_
3/6/2008

Patrick Fitzgerald, U.S. Attorney
John Podliska, Assistant U.S. Attorney
for the  Northern DISTRICT OF ILLINOIS

_Patrick J. Fitzgerald, by JP_

FORM USA-153
SEP 82

**FILED**

MAR – 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Form No. USA-16
(Rev. 5-1-63)

## RULE 20—TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| AUSA MICHELLE RODRIGUEZ | ED CALIFORNIA | FEBRUARY 20, 2008 |

| NAME OF SUBJECT | STATUTE VIOLATED | FILE DATA (Initials and Number) |
|---|---|---|
| Christine Favara | 18 USC 1341—MAIL FRAUD | CR No. 08-053-WBS |

### PART A—DISTRICT OF ARREST

[ ] The above-named subject has been apprehended in this jurisdiction and indicate amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two verified copies thereof.

[x] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.    Docket No.    CR No. 08-053-WBS

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.

DATE OF PLEA          DATE OF SENTENCE          SENTENCE

| FROM (Signature and Title) | ADDRESS |
|---|---|
| AUSA John Podiska | 219 S. Dearborn Street, Fifth Floor, Chicago, Illinois |

### PART B—DISTRICT OF OFFENSE

[x] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
             on                at                o'clock.
(Kindly notify me of any anticipated delay.)

[ ] Enclosed are two certified copies of indictment or information. Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title) | DISTRICT | DATE |
|---|---|---|
| AUSA Michelle Rodriguez | Eastern District of California | March 6, 2008 ~~February 20, 2008~~ |

See United States Attorneys Manual, Title 9, no. 16-101 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 4, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, Part A United States Code, Vol. 75, No. 20, October 4, 1961 A.

Computer generated 7/05

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
#### 501 "I" Street
#### Sacramento, CA 95814

U.S. District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

# RECEIVED

### APR - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RE:**       USA vs.
**USDC No.:**   2:08-CR-00053-WBS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
March 07, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 15.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov.**

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**March 7, 2008**          /s/  A. Benson
_____

Deputy Clerk

RECEIVED BY:     _____

Please Print Name

DATE RECEIVED:   _____

NEW CASE
NUMBER:          _____

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

FEB 0 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CR. NO. 2:08-CR-0053 WBS
                                     )
12                  Plaintiff,       )  VIOLATION: 18 U.S.C. § 1341
           v.                        )  - Mail Fraud (2 counts)
13                                   )
    CHRISTINE FAVARA,                )
14                                   )
                    Defendant.       )
15  _____ )

16

17              I N D I C T M E N T

18  COUNTS ONE AND TWO:   [18 U.S.C. § 1341 - Mail Fraud]

19      The Grand Jury charges:

20                  CHRISTINE FAVARA,

21  defendant herein, as follows:

22                  I. INTRODUCTION

23      1.  From at least June 27, 2007, through December 14, 2007,

24  defendant CHRISTINE FAVARA represented herself as a financial advisor

25  doing business as Zulu Equity Group, Inc.  Defendant FAVARA, via Zulu

26  Equity Group, Inc., operated in interstate commerce with clients

27  located and residing in the Eastern District of California, including

28  in South Lake Tahoe, California.

                              1

1    2.  At all times relevant to this Indictment, defendant FAVARA,
2  in her capacity as a financial advisor, had access to or control of
3  client funds, and other financial institution information and
4  documents belonging to clients. In addition, FAVARA had authority for
5  managing and dispersing client funds in the interests of such
6  clients, with client authorization.

7                    II.   THE SCHEME TO DEFRAUD

8    3.  Beginning in about June of 2007, and continuing through
9  December 2007, in the Eastern District of California and elsewhere,
10  defendant FAVARA did devise and intend to devise a material scheme
11  and artifice to defraud clients of Zulu Equity Group, Inc.  Defendant
12  FAVARA, by means of stealing and embezzling money, converted client
13  funds to her own use, and obtained money by means of materially false
14  and fraudulent pretenses, representations, and promises.

15                    III.   WAYS AND MEANS

16    4.  As part of the scheme and artifice to defraud, defendant
17  FAVARA obtained financial institution account withdrawal/surrender
18  forms, powers of attorney, and other documents, and used said items
19  without authorization to convert client funds to her own use and
20  benefit in the amount of at least $155,000.  Defendant FAVARA
21  deposited stolen client funds into her own personal bank accounts or
22  into accounts of her associates to purchase goods and services and to
23  pay personal debts for her own benefit. In doing so, FAVARA caused
24  checks, receipts, withdrawal forms, powers of attorney forms,
25  financial institution statements, and other items to be mailed.
26  ///
27  ///
28  ///

                                2

1      5.  It was further part of the scheme and artifice to defraud

2   that defendant FAVARA concealed her unauthorized conversion of funds

3   by issuing materially false financial statements, misusing powers of

4   attorney, and by otherwise concealing the scheme to defraud her

5   clients.

6               IV.   THE MAILINGS

7      6.  On or about the dates set forth below, in the Eastern

8   District of California and elsewhere, for the purpose of executing

9   and attempting to execute the aforementioned scheme and artifice to

10  defraud, defendant FAVARA did knowingly cause to be delivered by the

11  United States Postal Service, and any private or commercial

12  interstate carrier, according to the directions thereon, the

13  documents and items specified below:

| COUNT | DATE | FROM | TO | CONTENT OF MAILING |
|-------|------|------|-----|--------------------|
| 1 | 6/27/07 | Los Angeles, CA | South Lake Tahoe, CA | Wire Transfer Documents |
| 2 | 8/28/07 | Los Angeles, CA | South Lake Tahoe, CA | Power of Attorney Documents |

All in violation of Title 18, United States Code, Section 1341.

                    A TRUE BILL.

            **/s/ Signature on file w/AUSA**

                  FOREPERSON

McGREGOR W. SCOTT
United States Attorney

3

No. _____ 2:08 - CR - 0053 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### CHRISTINA FAVARA

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 1341 - Mail Fraud (2 counts)

*A true bill,*

_____ |S| _____

*Foreman.*

*Filed in open court this* __ 6ᵗʰ _____ *day*

*of* __February__ , *A.D.* 20 _08___

_____ C Schultz _____

*Clerk.*

**NO PROCESS NECE_____**

*Bail, $* _____

GPO 863 525

## PENALTY SLIP

**CHRISTINE FAVARA,**

**COUNTS ONE and TWO**
VIOLATION:        18 U.S.C. § 1341 - Mail Fraud
PENALTY:          Not More Than 20 Years, or
                  Not more than $250,000.00 fine, or Both
                  3 years TSR
                  Restitution

PENALTY
ASSESSMENT:       $100.00 special assessment (each count)

2: 0 8 - CR - 0 0 5 3 WBS

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:08-cr-00053-WBS-1

Case title: USA v. Favara

Magistrate judge case number: 2:08-mj-00009-GGH

Date Filed: 02/06/2008

Date Terminated: 03/07/2008

Assigned to: Judge William B. Shubb

## Defendant (1)

**Christine Favara**
*TERMINATED: 03/07/2008*

represented by **Ned Smock**
Federal Defenders Office
801 I Street
Third Floor
Sacramento, CA 95814
(916) 498-5700
Fax: (916) 498-5710
Email: ned_smock@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

## Pending Counts

MAIL FRAUD
(1-2)

**Disposition**

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

KNOWINGLY AND UNLAWFULLY
DEVISE AND EXECUTE A SCHEME

**Disposition**

TO DEFRAUD AND TO OBTAIN
MONEY BY MEANS OF FALSE OR
FRAUDULENT PRETENSES AND
REPRESENTATIONS

---

**Plaintiff**

**USA**                           represented by **Michelle Rodriguez**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2700
Fax: (916) 554-2900
Email: Michelle.Rodriguez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2008 | 1 | COMPLAINT as to Christine Favara (1). (Anderson, J) [2:08-mj-00009-GGH] (Entered: 01/08/2008) |
| 02/06/2008 | 3 | INDICTMENT as to Christine Favara (1) count(s) 1-2. (Benson, A) (Entered: 02/06/2008) |
| 02/06/2008 | 4 | AO257 (Sealed) as to Christine Favara. (Benson, A) (Entered: 02/06/2008) |
| 02/06/2008 | 5 | ARREST Warrant returned EXECUTED on 1/28/08 as to defendant Christine Favara. (Marciel, M) (Entered: 02/07/2008) |
| 02/11/2008 | 6 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Christine Favara. (Engbretson, K.) (Entered: 02/11/2008) |
| 02/11/2008 | 7 | SEALED EVENT. (Engbretson, K.) (Entered: 02/11/2008) |
| 02/20/2008 | 8 | MINUTES for ARRAIGNMENT proceedings as to Christine Favara held before Magistrate Judge Kimberly J. Mueller on 2/20/2008: Rights given. Federal Defender provisionally appointed for defendant. Arraignment CONTINUED to 2/28/2008 at 02:00 PM in Courtroom 26 (KJM) before Magistrate Judge Kimberly J. Mueller at defendant's request. Defendant ordered detained.Attorney Ned Smock for Christine Favara added. Government Counsel Michelle Rodriguez present. Defense Counsel Ned Smock present. Custody Status: Present, In Custody. Court Reporter/CD Number: 1 of 1. (Shackling Status: L) (Text Only) (Caspar, M) (Entered: 02/21/2008) |
| 02/20/2008 | 9 | DETENTION ORDER as to Christine Favara signed by Magistrate Judge Kimberly J. Mueller on 2/20/08. (Caspar, M) (Entered: 02/21/2008) |

| | | |
|---|---|---|
| 02/28/2008 | 10 | MINUTES for ARRAIGNMENT proceedings as to Christine Favara held before Magistrate Judge Kimberly J. Mueller on 2/28/2008: Rights given. Charges reviewed. Defendant waived further reading of the Indictment. Defendant entered a not guilty plea and requested a jury trial. Status Conference set for 3/31/2008 at 08:30 AM in Courtroom 5 (WBS) before Judge William B. Shubb. T4 Start: 2/28/08 Stop: 3/31/08. Government Counsel Michelle Rodriguez present. Defense Counsel Ned Smock present. Custody Status: Present, In Custody. Court Reporter/CD Number: 1 of 1. (Text Only) (Caspar, M) (Entered: 02/28/2008) |
| 03/04/2008 | 11 | REQUEST for *calendaring case before Magistrate Judge Brennan on March 8, 2008 at 2:00 p.m.* by Christine Favara (Smock, Ned) (Entered: 03/04/2008) |
| 03/06/2008 | 12 | MINUTES (Text Only) for Rule 20 Transfer Hearing as to Christine Favara held on 3/6/2008 before Magistrate Judge Edmund F. Brennan: All parties present. Both counsel informed the Court that the paperwork had been signed which would transfer this matter to the Northern District of Illinois (1:05-CR-00340-9) for prosecution. Counsel requested the Court to order the deft to be transported forthwith to that district. The Court ordered the transfer paperwork filed and that the deft be transported forthwith to the Northern District of Illinois. Government Counsel Michelle Rodriguez present. Defense Counsel Ned Smock, AFD present. Custody Status: In custody. Court Reporter/CD Number: Tiffany Brown, ECRO. (Cannarozzi, N) (Entered: 03/06/2008) |
| 03/06/2008 | 13 | NOTICE of CONSENT to transfer of case to the Northern District of Illinois for guilty plea and sentence as to Christine Favara. (Benson, A). (Entered: 03/07/2008) |
| 03/06/2008 | 14 | RULE 20 TRANSFER NOTICE as to Christine Favara. (Benson, A) (Entered: 03/07/2008) |
| 03/07/2008 | 15 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Edmund F. Brennan on 03/06/08 as to Christine Favara. Defendant committed to the Northern District of Illinois, case #05-cr-0340-9. Christine Favara terminated. (Benson, A) (Entered: 03/07/2008) |
| 03/07/2008 | 16 | TRANSMITTAL of DOCUMENTS pursuant to 15 Commitment to Another District, on *03/07/08* to * U.S. District Court* *Northern District of Illinois* *219 South Dearborn St.* *Chicago, IL 60604*. *Electronic Documents: 1 to 15. *. (Benson, A) (Entered: 03/07/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/07/2008 09:35:18 | | |
| PACER Login: | us3962 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cr-00053-WBS |
| Billable Pages: | 2 | Cost: | 0.16 |