IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 08 CR 279 |
| | ) | |
| vs. | ) | |
| | ) | Hon. Amy St. Eve |
| CHRISTINE FAVARA, *et alia* | ) | |
| | ) | |
| | ) | |

DEFENDANT CHRISTINE FAVARA'S MOTION
FOR APPOINTMENT OF JOHN J. MULDOON, III
AS ATTORNEY IN FACT

NOW COMES defendant CHRISTINE FAVARA and moves this honorable court to have John J. Muldoon, III of Muldoon & Muldoon PC appointed as her attorney in fact in this case and in support thereof state as follows:

1. On April 7, 2005 a criminal indictment under number 05 CR 340 was filed against defendant Christina Favara ("defendant") in the above captioned matter.

2. On April 18, 2005, defendant entered into a retainer agreement with John J. Muldoon, III of Muldoon & Muldoon PC to represent her in that matter.

3. On April 18, 2005, John J. Muldoon, III of Muldoon & Muldoon PC entered his appearance on behalf of defendant in that matter.

4. From that time until February 2008 defendant was employed from time to time and able to pay her legal fees as they were incurred.

5. However, on or about February 4, 2008, defendant was arrested for violations of federal mail fraud laws in California.

6. Defendant has been held in custody from February 4, 2008.

7. The California case has been transferred to the Northern District of Illinois pursuant to Federal Rule of Criminal Procedure 20.

8. Since her arrest defendant has been unable to earn funds to pail her attorneys' fees incurred from February 4, 2008 or those that will be incurred during the disposition of these cases.

9. Pursuant to the relevant provisions of the Criminal Justice Act and Rules of Criminal Procedure, defendant has a right to be represented by counsel and if she cannot afford an attorney, to have an attorney appointed for her.

10. Defendant seeks to have John J. Muldoon, III of Muldoon & Muldoon PC appointed as her attorney in fact as she is unable to afford legal representation through the pendency of this matter.

WHEREFORE, for all the forgoing reasons, defendant CHRISTINE FAVARA moves this honorable court to have John J. Muldoon, III of Muldoon & Muldoon PC appointed as her attorney in fact in this matter.

Respectfully Submitted,

John J. Muldoon, III

John J. Muldoon, III
Muldoon & Muldoon, PC
IL Attorney No. 6185878
10 S. LaSalle Street, Suite 2900
Chicago, IL 60603
312-739-3550
fax 312-739-3502

2