# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 CR 279

UNITED STATES OF AMERICA
vs
CHRISTINE FAVARA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHRISTINE FAVARA

| | |
|---|---|
| NAME (Type or print) <br> JOHN J. MULDOON, III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JOHN J. MULDOON, III | |
| FIRM <br> MULDOON & MULDOON, PC | |
| STREET ADDRESS <br> 10 S. LASALLE STREET, SUITE 2900 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6185878 | TELEPHONE NUMBER <br> 312-739-3550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ✓ | |