IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )   08 CR 279 |
| | ) |
| vs. | ) |
| | )   Hon. Amy St. Eve |
| CHRISTINE FAVARA, *et alia* | ) |
| | ) |
| | ) |

**NOTICE OF MOTION**

To:
AUSA John Podliska
US Attorneys' Office
219 S. Dearborn, 5th Floor
Chicago, IL 60603

Please take notice that on April 11, 2008 at 1:30 p.m. I will appear before the Honorable Judge Amy St. Eve Room 1241 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, Illinois and present the motion for appointment of attorney, a copy of which hereby is served on you.

/s/ John J. Muldoon, III
John J. Muldoon, III

PROOF OF SERVICE

The undersigned attorney certifies that this notice is served by electronic service to each person to whom it is directed a copy of said document as per agreement of the parties on April 7, 2008.

/s/ John J. Muldoon, III
John J. Muldoon, III