UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 1:08–cr–00279
                                                  Honorable Amy J. St. Eve

Christine Favara

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Christine Favara to appoint counsel John J. Muldoon, III [3] is granted as to Christine Favara (1). Enter Order appointing John J. Muldoon as counsel for defendant. Status hearing held on 4/11/2008, Defendant not present. Change of plea hearing is stricken. (Status hearing set for 5/9/2008 at 09:00 AM.) Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 4/11/2008 to 5/9/2008, Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.