## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 279 - 1 | **DATE** | 7/18/2008 |
| **CASE TITLE** | United States vs. Christine Favara | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/18/08. Government's oral motion to dismiss the Indictment is granted. All pending dates and deadlines are stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|